IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GREG GIVENS,

       Plaintiff,

       v.                                        Civil Action No.5:08-cv-25

MAIN STREET BANK, ET AL,

       Defendant.

## ORDER DIRECTING CLERK TO SEND NEW IFP FORM TO PLAINTIFF'S COUNSEL

On January 14, 2008, Greg Givens, ["Plaintiff"], filed a complaint under 42 U.S.C §§ 1981-1983, and an Application for Leave to Proceed in forma pauperis. The District has adopted a new IFP form. Plaintiff is directed to complete the new form within ten days of the date of this Order. The Clerk is directed to mail a copy of the new IFP form to Plaintiff.

DATED: February 4, 2008

                                           /s/ James E. Seibert
                                           JAMES E. SEIBERT
                                           UNITED STATES MAGISTRATE JUDGE